UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| LUIS EDEN GUERRERO, *Individually and as next friend of A.M.G. and E.G., minors;* VANESSA VERASTEGUI, *Individually and as next friend of A.M.G. and E.G., minors;* NILSA ALVAREZ; OLIVIA FALCON GUERRERO; and JOSE A. ALVAREZ | § § § § § § § § § § § § § § § § | C.A. NO. 7:23-CV-00053 DIVERSITY / JURY DEMANDED |
| *Plaintiffs,* | | |
| VS. | | |
| C.R. ENGLAND, INC.; and RYAN MURPHY CROWLEY, | | |
| *Defendants* | | |

**AD LITEM'S AND PLAINTIFFS' OPPOSED MOTION TO EXPEDITE FRIENDLY SUIT HEARING**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW VICTOR RODRIGUEZ, JR. ("Ad Litem" for A.M.G. and E.G., *minors*) and LUIS EDEN GUERRERO and VANESSA VERASTEGUI, *Individually and as next friends of* A.M.G. and E.G., *minors* ("Plaintiffs"), and file this motion seeking the rescheduling of the scheduled October 15, 2024 friendly suit hearing to an earlier date. In support hereof, the Court-appointed ad litem, joined by the Plaintiffs, would show the Court as follows:

**I.**

On August 7, 2024, at the behest of both the Plaintiffs and the Defendants,[1] the Court appointed

---
[1] Doc. 94 & 101.

1

the Ad Litem (Victor Rodriguez, Jr. ) to review Defendants' proposed settlement of the minors' claims, and to ensure that the rights of the children were adequately protected in light of the potential conflict between their interests and those of their parents.

The Ad Litem has now met with the children, their parents, counsel for the Plaintiffs (Luis Guerrero and Vanessa Verastegui), and has reviewed all relevant documents, including the counseling records for the kids, the proposed settlement distribution, and the proposed structured settlements that the Plaintiffs would like to put in place for their children, the minors.

The Ad Litem is prepared to attend the friendly suit and report to the Court.   Generally, neither the Ad Litem nor the Plaintiffs would seek to change the Court's schedule with respect to a friendly suit. However, as reflected in the following article from the New York Times, it appears the Federal Reserve is expected to cut interest rates at its September 17-18, 2024 meeting:

https://www.nytimes.com/2024/08/21/business/economy/fed-minutes-cut-likely.html

It is axiomatic that Federal Reserve rate cuts will reduce the internal rate of return (IRR) on annuities, such as those Plaintiffs have requested for their children, and which the Ad Litem is prepared to recommend to the Court as the proper investment of the kids' net settlement monies.   Nevertheless, here are some financial publications speaking to the issue:

https://www.kiplinger.com/retirement/how-interest-rates-affect-annuities, Kiplinger Personal Finance (July 1, 2024).

https://www.fa-mag.com/news/how-interest-rate-cuts-might-affect-annuity-holders-77463.html, Financial Advisor (April 4, 2024).

Moreover, when the fed rate was at or near zero, one financial publisher wrote:

> An annuity is a periodic payment to an individual in exchange for an initial, upfront lump sum. It typically lasts through the individual's lifetime. There are multiple

> types of annuities, some are equity based and others offer a guaranteed minimum return.
>
> Fixed annuities provide an interest rate that is set at the time of purchase, and payments stay the same over the course of its contract. Even though these annuities provide you with protection from interest-rate fluctuations, your rates would be lower if you were to lock them in now.

https://www.bankrate.com/banking/federal-reserve/how-fed-interest-rate-cut-impacts-retirees/ Bankrate (March 15, 2020).

The current annuities being considered for the Guerrero girls – and being co-brokered by agents of the family and the Defendants -- offer the ability to lock in rates and fix the IRR on the annuities for a period of ten (10) days.    Thus, the August 12, 2024 quotes – i.e., for the annuities that were proposed and approved by Plaintiffs and the Ad Litem – expired on August 21, 2024. When they are repriced, it is likely that the IRR will have gone down.    It seems certain to go down at or soon after the next Federal Reserve meeting on September 17-18.

Reduced interest rates are good for consumers, but they are bad for the Guerrero children because they result in reduced benefits for the kids.    Moreover, Luis Guerrero and Vanessa Verastegui are sensibly structuring most of their settlement proceeds and they too are affected by the anticipated interest rate cut.

WHEREFORE, PREMISES CONSIDERED, the Ad Litem and the Plaintiffs respectfully request that the October 15, 2024 friendly suit hearing be moved up to a date prior to September 17, 2024 so that the Court may consider the proposed settlement of the kids' claims, and simultaneously command the prompt payment of the settlement proceeds by the Defendants so that the annuities can be funded, the Plaintiffs' medical providers may be paid, the case may be closed, and the case can then be dismissed from the Court's docket.

Respectfully submitted,

BRUNKENHOEFER, P.C.
500 N. Shoreline Blvd., Suite 1100
Corpus Christi, Texas 78401-0354
Tel:    (361) 888-6655
Fax:    (361) 888-5855

s/ Blake Brunkenhoefer
Blake Brunkenhoefer
State Bar No. 00783739
S. Dist. of Texas I.D. No. 15559
Email: bbrunk@brunklaw.com
**E-service address:** efile@brunklaw.com
*\*E-service is only accepted at the above-designated e-service email address.*

**CERTIFICATE OF CONSULTATION**

    I, Blake Brunkenhoefer, do hereby certify that I have attempted to speak with counsel for the Defendants about the subject motion, but I was unable to do so and, thus, this motion is presumptively opposed.

                                       s/Blake Brunkenhoefer
                                       Blake Brunkenhoefer

**CERTIFICATE OF SERVICE**

I, Blake Brunkenhoefer, do hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this 23rd day of August, 2024.

| | |
|---|---|
| Larry D. Warren | lwarren@namanhowell.com |
| Krizia Landivar | klandivar@namanhowell.com |
| Edward Valdespino | Evaldespino@namanhowell.com |

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
*Attorneys for Defendants-C. R. England and Ryan Murphy Crowley*

| | |
|---|---|
| Jessica Z. Barger | barger@wrightclosebarger.com |
| Rachel H. Stinson | stinson@wrightclosebarger.com |
| Eric B. Boettcher | boettcher@wrightclosebarger.com |
| Landon J. Francois | francois@wrightclosebarger.com |

WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
*Attorneys for Defendants-C. R. England and Ryan Murphy Crowley*

Emerson E. Arellano        earellano@ramongarcia-law.com
LAW OFFICE OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539
*Attorneys for Plaintiff-Olivia Falcon Guerrero*

| | |
|---|---|
| Eduardo "Eddie" Ramirez | eddie@eddieramirezlaw.com |
| Lucia Ceaser | lucia@eddieramirezlaw.com |

EDDIE RAMIREZ LAW FIRM, PLLC
505 N. Britton Ave.
Rio Grande City, TX 78582
*Attorneys for Plaintiffs-Nilsa Alvarez and Jose A. Alvarez*

                                            s/ Blake Brunkenhoefer
                                            Blake Brunkenhoefer