Case 7:23-cv-00053   Document 114   Filed on 10/02/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LUIS EDEN GUERRERO, Individually and as next friend of AMG and EG, Minors<br>*Plaintiff/Counter-Defendant*<br><br>VANESSA VERASTEGUI, Individually and as next friend of AMG and EG., minors<br>*Plaintiffs*<br><br>NILSA ALVAREZ<br>*Cross-Plaintiff*<br>VS.<br><br>OLIVIA FALCON GUERRERO<br>*Defendant/Counter-Plaintiff*<br>and<br><br>C.R. ENGLAND, INC.; RYAN MURPHY CROWELY and JOSE A. ALVAREZ<br>*Defendants* | § § § § § § § § § § § § § § § § § § § | CIVIL NO. 7:23-cv-00053 |

## AGREED FINAL JUDGMENT

On the 1st day of October, 2024, Plaintiffs, Luis Eden Guerrero and Vanessa Verastegui, individually and as next friends of AMG and EG, minors and Defendants, CR England, Inc. and Ryan Murphy Crowley appeared through their attorneys as the only remaining parties to this lawsuit to ask the Court to approve and enter this AGREED FINAL JUDGMENT.

The parties and the Court acknowledge that on September 4, 2024, the Court conducted a confidential friendly suit hearing where the parties announced that they had reached a confidential settlement and asked the Court to approve the confidential settlement.

At the confidential hearing the Court heard the testimony of the Plaintiffs, and the evidence presented by counsel for Plaintiffs, Defendants and the attorney ad litem for the minor Plaintiffs. At the conclusion of the confidential hearing the Court approved the settlement, including those portions of the settlement that included contracts for future payments for the adult Plaintiffs, the minor Plaintiffs and their attorneys. The terms of the settlement are set forth in attached Exhibit A, which is filed with the Court under seal.

Therefore, the Court orders that the amount and terms of the settlement, as more fully described in Exhibit A, including the contracts for future payments to Plaintiffs, Luis Eden Guerrero, Vanessa Verastegui, as well as minors, AMG and EG and their attorneys is hereby in all things, approved.

It is further ordered that Plaintiffs, Luis Eden Guerrero and Vanessa Verastegui, individually and as next friends of AMG and EG, minors, take nothing by their suit against Defendants, CR England, Inc. and Ryan Murphy Crowley.

The Court further orders that each Party will pay their own costs of court and attorney's fees.

The Court denies all relief not granted in this judgment.

This is a FINAL JUDGMENT.

SIGNED on _October 2_, 2024.

_____
U.S. DISTRICT JUDGE
HONORABLE MICAELA ALVAREZ